| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. S-08-541 MCE |
| v. | ) | |
| | ) | |
| STEVEN TOGNOTTI | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      () Ad Testificandum

Name of Detainee:    STEVEN TOGNOTTI

Detained at (custodian): City of North Las Vegas Detention Center, 1301 E. Lake Mead Boulevard, North Las Vegas, NV 89030

Detainee is:
    a.) (X) charged in this district by: (X) Indictment () Information () Complaint
        charging detainee with: 18 U.S.C. § 371- Conspiracy, 18 U.S.C. § 1344 Bank Fraud, and 18 U.S.C. § 1028A - Aggravated Identity Theft

    or    b.) () a witness not otherwise available by ordinary process of the Court

Detainee will:
    a.) (X) return to the custody of detaining facility upon termination of proceedings
    or    b.) () be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Matthew D. Segal |
| Printed Name & Phone No: | Matthew D. Segal (916) 554-2708 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum      () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:

Dated: January 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

_____
United States District Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Stephen Bruno Tognotti | Male | |
| Booking or CDC #: | A18 497 990    FINS # 1075696499 | | DOB: XX-XX-1968 |
| Facility Address: | City of North Las Vegas Detention Center | | Race: Caucasian |

1301 E. Lake Mead Boulevard, North Las Vegas, NV 89030   FBI #:   914804PA6

Facility Phone:   (702) 388-6997

Currently Incarcerated For:   False Claim to US citizenship / 237a3D

**RETURN OF SERVICE**

Executed on   _____   By:   _____
(Signature)