DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**STEVEN TOGNOTTI**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00541-MCE |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: April 16, 2009<br>TIME: 9:00 AM |
| STEVEN TOGNOTTI, | JUDGE: Hon. Morrison England |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Matt Segal, Assistant U.S. Attorney, and defendant Steven Tognotti, by and through his attorney, Dan Koukol, that the status conference of April 16, 2009 be vacated and that a status conference be set for May 7, 2009 at 9:00 AM.

This continuance is being requested because the parties need additional time to discuss the case with the government and negotiate plea agreements. Counsel must review discovery material and discuss this material with his client.

//

//

//

The parties request that the speedy trial time is excluded from the date of this order through the date of the status conference set for May 7, 2009 at 9:00 AM pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: APRIL 15, 2009    Respectfully submitted,

/s/ DAN KOUKOL

DAN KOUKOL
Attorney for defendant Steven Tognotti

DATED: APRIL 15, 2009    Respectfully submitted,

/s/ DAN KOUKOL FOR

Matt Segal
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: April 16, 2009

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE