```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2708
```



**FILED**

MAY - 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES

v.

STEVEN TOGNOTTI

) CASE NO.  2:08-CR-541 MCE
)
)
) MOTION AND [~~PROPOSED~~] *Dm* ORDER
) FOR WRIT OF HABEAS CORPUS
)
)
)
)
)

Sacramento County Jail records indicate that Defendant Steven Tognotti was arrested yesterday for a narcotics offense. So that Pretrial Services can promptly exercise its authority under the Defendant's drug testing condition, the United States requests that the Court Order the Sacramento County Jail to release the Defendant to the U.S. Marshal, who shall today bring

//
//
//
//
//
//
//

the Defendant to the Marshal's lockup for drug testing and return him to the custody of the Sacramento County Jail.

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATED: May 8, 2009      By: /s/ Matthew Segal
MATTHEW D. SEGAL
Assistant U.S. Attorney

**SO ORDERED.**

DATE: May 8, 2009

HON. DALE A. DROZD
U.S. Magistrate Judge