UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
MAY 13 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
 ) CR. No. S-08-541 MCE
v. )
 )
STEVE TOGNOTTI )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
 (X) Ad Prosequendum  () Ad Testificandum

Name of Detainee: STEVE TOGNOTTI
Detained at (custodian): Sacramento County Jail, 651 I Street, Sacramento, CA 95814

Detainee is:
 a.) (X) charged in this district by: (X) Indictment () Information () Complaint charging detainee with: 18 U.S.C. § 371 - Conspiracy, 18 U.S.C. § 1344 - Bank Fraud, 18 U.S.C. § 1028A - Aggravated Identity Theft and 18 U.S.C. § 3148 - Violation of Pretrial Conditions
 or b.) () a witness not otherwise available by ordinary process of the Court

Detainee will:
 a.) (X) return to the custody of detaining facility upon termination of proceedings
 or b.) () be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary May 14, 2009 in the Eastern District of California.*

Signature: /s/ Matthew D. Segal
Printed Name & Phone No: Matthew D. Segal (916) 554-2708
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
 (X) Ad Prosequendum  () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, May 14, 2009 and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: May 13, 2009

GREGORY G. HOLLOWS
United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Steve Tognotti, Steven Bruno Tognotti, Stephen Tognotti | Male |
| Booking or CDC #: | 09393004 | DOB: XX-XX-1968 |
| Facility Address: | Sacramento County Jail, 651 I Street, Sacramento, CA 95814 | Race: Caucasian<br>FBI #: |
| Facility Phone: | (916) 874-6752 | |
| Currently Incarcerated For: | VC 14601.1(A) Misdemeanor | |

### RETURN OF SERVICE

Executed on _____  By: _____
 (Signature)