**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (SBN 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone:(916) 444-5557
Facsimile: (916) 444-5558

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE TOGNOTTI,<br><br>Defendant. | Case No.: 08-CR-00541 MCE<br><br>**SUBSTITUTION OF ATTORNEY AND ORDER** |

Defendant, STEVE TOGNOTTI, by and through his current attorney of Record, Dan Frank Koukol, hereby substitutes Johnny L. Griffin III and the Law Offices of Johnny L. Griffin III, 1010 F Street, Suite 200, Sacramento, CA 95814, (916) 444-5557 as his Attorney of Record in place and stead of Attorney Dan Frank Koukol.

Dated: May 20, 2009     /s/ Dan Frank Koukol
                        DAN FRANK KOUKOL
                        Attorney at Law

Dated: May 20, 2009     /s/ Steve Tognotti
                        STEVE TOGNOTTI
                        Defendant

1 | I accept the above substitution.
2 | Dated: May 20, 2009      /s/ Johnny L. Griffin, III
3 |                         JOHNNY L. GRIFFIN, III
  |                         Attorney at Law
4 | **IT IS SO ORDERED.**
5 | **DATED:** May 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE