```
                                              FILED
                                              June 15, 2009
         UNITED STATES DISTRICT COURT FOR THE CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
         EASTERN DISTRICT OF CALIFORNIA       CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
) Case No. 2:08-cr-541 MCE
Plaintiff, )
v. ) ORDER FOR RELEASE
) OF PERSON IN CUSTODY
Steve Tognotti, )
)
Defendant. )

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  Steve Tognotti  Case 2:08-cr-541 MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   \_   Release on Personal Recognizance

   \_   Bail Posted in the Sum of _____

   X   Unsecured bond in the amount of $50,000

   \_   Appearance Bond with 10% Deposit

   \_   Appearance Bond secured by Real Property

   \_   Corporate Surety Bail Bond

   X   (Other) Pretrial conditions/supervision as modified

Issued at  Sacramento, CA  on  6/15/09   at  2:35 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge