**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III** (State Bar No. 118694)
**SILKY SAHNAN (State Bar No. 242850)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
**STEVEN TOGNOTTI**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: Cr.S-08-541-MCE |
| ) | |
| Plaintiff, ) | **AMENDED STIPULATION AND ORDER** |
| ) | **TO CONTINUE STATUS CONFERENCE** |
| vs. ) | **AND VACATE THE CURRENT TRIAL** |
| ) | **DATE** |
| STEVEN TOGNOTTI, ) | |
| ) | |
| Defendant. ) | Date: July 16, 2009 |
| ) | Time: 9:00 a.m. |
| | Hon. Morrison C. England, Jr. |

Defendant, Steven Tognotti, by and through his attorney Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney, Matthew Segal, hereby agree and stipulate to continue the status conference in the above captioned case from July 16, 2009 to August 20, 2009 at 9:00 a.m.[1] The parties further agree to vacate the trial date currently set for August 10, 2009.  This continuance and vacating of the trial date is requested because counsel for Defendant needs additional time to review discovery, to conduct further investigation, and to engage in settlement negotiations with counsel for the Government.

---

[1] The parties have been advised by this Court's Clerk that August 20, 2009 at 9:00 a.m. is an available date and time for a status conference on this matter.

The parties further agree and stipulate that time be excluded from July 16, 2009 to August 20, 2009 pursuant to Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv).

Dated:  July 8, 2009          ss// Johnny L. Griffin, III
                              JOHNNY L. GRIFFIN, III
                              Attorney at Law

Dated:  July 8, 2009          ss// Matthew Segal [2]
                              MATTHEW SEGAL
                              Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance and a denial to vacate the trial date in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and vacating the trial date outweigh the interests of the public and the Defendant's in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

**DATED:** July 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[2]  Assistant United States Attorney Matthew Segal telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.