**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (State Bar No. 118694)**
**SILKY SAHNAN (State Bar No. 242850)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
**STEVEN TOGNOTTI**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No.: 2:08-CR-000541-MCE |
|                             ) | |
| Plaintiff,                  ) | **STIPULATION AND ORDER TO** |
|                             ) | **CONTINUE STATUS CONFERENCE** |
| vs.                         ) | Date:  August 20, 2009 |
|                             ) | Time:  9:00 a.m. |
| STEVEN TOGNOTTI,            ) | |
|                             ) | Hon. Morrison C. England, Jr. |
| Defendant.                  ) | |
|                             ) | |

      Defendant, Steven Tognotti, by and through his attorney Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney, Matthew Segal, hereby agree and stipulate to continue the status conference in the above captioned case from August 20, 2009 to September 24, 2009 at 9:00 a.m.[1] This continuance is requested because counsel for Defendant needs additional time to conduct further investigation and to then engage in meaningful settlement negotiations with counsel for the Government.

      The parties further agree and stipulate that time be excluded from August 20, 2009 to September 24, 2009 pursuant to Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv).

---

[1] The parties have been advised by this Court's Clerk that September 24, 2009 at 9:00 a.m. is an available date and time for a status conference on this matter.

Dated: August 18, 2009          ss// Johnny L. Griffin, III
                                JOHNNY L. GRIFFIN, III
                                Attorney at Law

Dated: August 18, 2009          ss// Matthew Segal [2]
                                MATTHEW SEGAL
                                Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance outweigh the interests of the public and the Defendant's in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

DATED: August 20, 2009.

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[2] Assistant United States Attorney Matthew Segal telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.