IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Respondent,                         No. CR S-S-08-0541-02

   vs.

STEVE TOGNOTTI,

     Movant.                             ORDER

_____/

       Movant, a federal prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the action is dismissed; see also Rule 12, Rules Governing Section 2255 Proceedings.

       Accordingly, the Clerk of Court shall close this case (see docket # 87) and the companion civil case No. 11-cv-0097 MCE GGH.

DATED: April 11, 2011

                                           /s/ Gregory G. Hollows
                                           UNITED STATES MAGISTRATE JUDGE

GGH:009
togn0541.259